Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant BILLY REO HOWARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    vs.<br><br>BILLY REO HOWARD,<br><br>                      Defendant. | Case No. 1:22-CR-00240-ADA-BAM<br><br>**STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING; ORDER**<br><br>Date: June 14, 2023<br>Time: 1:00 p.m.<br>Court: Hon. Barbara A. McAuliffe |

This matter is set for status conference on June 14, 2023. As set forth below, the parties now move, by stipulation, to continue the status conference hearing to August 9, 2023.

### STIPULATION

Defense Counsel, Serita Rios, and Assistant United States Attorney, Laurel Montoya, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference hearing on June 14, 2023.

2. Through this stipulation, defendant moves to continue the status conference hearing until August 9, 2023, and to exclude time between June 14, 2023, and August 9, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for defendant desires additional time to obtain and review discovery, consult with defendant, conduct investigation and to discuss potential resolution with the government.

    b. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The government does not object to the continuance.

    d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of June 14, 2023 to August 9, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§3161(h)(7)(A) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING**

IT IS SO STIPULATED.

Dated: June 7, 2023

/s/ Serita Rios

**Serita Rios**
Attorney for Defendant

Dated: June 7, 2023

/s/ Laurel Montoya

**Laurel Montoya**
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the status conference is continued from June 14, 2023, to **August 9, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **June 8, 2023**          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING**