PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00240-ADA-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| BILLY REO HOWARD, | DATE: August 9, 2023 |
| Defendant. | TIME: 1:00 p.m. |
| | COURT: Hon Barbara A. McAuliffe. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on August 9, 2023.

2.     By this stipulation, defendant now moves to continue the status conference until September 27, 2023, and to exclude time between August 9, 2023, and September 27, 2023, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

    a)     The government has represented that initial discovery associated with this case has been provided. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The government has made inquiries and is in the process of ascertaining if there are additional reports /other discovery that needs to be processed

1    and provided to the defense.

2          b)    A plea agreement has been provided to the defense and the parties have been

3    actively negotiating.  Additional time is needed to finalize negotiations.

4          c)    Counsel for defendant believes that failure to grant the above-requested

5    continuance would deny him/her the reasonable time necessary for effective preparation, taking

6    into account the exercise of due diligence.

7          d)    The government does not object to, and agrees with the continuance.

8          e)    Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10    original date prescribed by the Speedy Trial Act.

11          f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12    et seq., within which trial must commence, the time period of August 9, 2023 to September 27,

13    2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

14    T4] because it results from a continuance granted by the Court at defendant's request on the basis

15    of the Court's finding that the ends of justice served by taking such action outweigh the best

16    interest of the public and the defendant in a speedy trial.

17    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

18    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19    must commence.

20          IT IS SO STIPULATED.

21

22    Dated:  August 2, 2023                              PHILLIP A. TALBERT
                                                          United States Attorney
23

24                                                        /s/ LAUREL J. MONTOYA
                                                          LAUREL J. MONTOYA
25                                                        Assistant United States Attorney

26

27          **[The remainder of this page intentionally left blank]**

28

STIPULATION REGARDING EXCLUDABLE TIME                    2
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated:  August 2, 2023

/s/ SERITA RIOS
SERITA RIOS
Counsel for Defendant
BILLY REO HOWARD

2

3

4

5

6

**ORDER**

IT IS SO ORDERED that the status conference is continued from August 9, 2023, to **September 27, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

7

8

9

IT IS SO ORDERED.

10

Dated:   **August 3, 2023**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3