Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant BILLY REO HOWARD

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BILLY REO HOWARD,<br><br>　　　　　　Defendant. | Case No. 1:22-CR-00240-NODJ<br><br>**ORDER SEALING EXHIBITS D & E OF DEFENDANT BILLY HOWARD'S SENTENCING MEMORANDUM** |

Pursuant to Local Rule 141(b), and the Request to Seal filed on behalf of defendant, BILLY REO HOWARD:

IT IS HEREBY ORDERED that Exhibit D and E of Mr. Howard's Sentencing Memorandum be SEALED until further order of the Court.

IT IS SO ORDERED.

Dated: **February 5, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE