Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant BILLY REO HOWARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No. 1:22-CR-00240-NODJ |
| ) | |
| Plaintiff, ) | **MOTION TO TERMINATE CJA** |
| vs. ) | **APPOINTMENT AND ORDER** |
| ) | |
| BILLY REO HOWARD, ) | |
| ) | |
| Defendant. ) | |

On September 1, 2022, Defendant BILLY HOWARD was indicted on federal charges. On August 30, 2022, CJA Panel Counsel, Serita Rios, was appointed to represent Mr. Howard in his criminal case. Mr. Howard was sentenced pursuant to a plea agreement on February 12, 2024; Mr. Howard was in custody at sentencing. The time for filing a direct appeal was February 26, 2024, no direct appeal was filed. The trial phase of Mr. Howard's criminal case has, therefore, come to an end. Having completed her representation of Mr. Howard Counsel, Serita Rios, now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Howard require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: February 26, 2024

/s/ *Serita Rios*
_____
**Serita Rios**
Attorney for Defendant

_____

## ORDER

Having found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby grants Counsel Serita Rios' request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, BILLY REO HOWARD, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Billy Howard, #2324590
Lerdo Pre-Trial Facility
17695 Industrial Farm Road
Bakersfield, CA 93308

IT IS SO ORDERED.

Dated:   **February 29, 2024**

*Jennifer L. Thurston*
_____
UNITED STATES DISTRICT JUDGE

MOTION TO TERMINATE CJA APPOINTMENT AND ORDER